**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

ANGELIINA L. LAWSON,
Plaintiff,

Case No. 2:26-cv-2513

v.

KANSAS JUDICIAL BRANCH / OFFICE OF JUDICIAL ADMINISTRATION, et al.,
Defendants.

**INDEX OF EXHIBITS TO VERIFIED COMPLAINT AND EMERGENCY MOTION**

| Exhibit | Document | Purpose |
|---|---|---|
| 1 | May 14, 2026 ADA Accommodation Request in SN-2026-CV-000344 | Actual notice of requested written communication, case-specific administration, advance notice, remote access, and written ADA responses. |
| 2 | May 15, 2026 ADA Title II Grievance and Lea Welch acknowledgment | Notice of grievance and acknowledgment that a response had not yet issued. |
| 3 | June 1, 2026 ADA Title II Access Deprivation Declaration | Contemporaneous statement of disability-related docket and processing barriers. |
| 4 | August 21, 2026 Kansas Supreme Court Consolidation Order | Establishes consolidation posture; offered for context, not for federal appellate review. |
| 5 | August 24, 2026 Whitney Casement email to Judge Befort's chambers | Implementation communication. |
| 6 | August 24, 2026 Katie Johnson email stating "Per Judge Befort" | Implementation communication. |
| 7 | August 25, 2026 Katie Johnson implementation email | Implementation communication. |
| 8 | August 25, 2026 Appellate Clerk email regarding service | Service/notice chronology. |
| 9 | August 27, 2026 original Notice of Hearing | Shows original hearing notice. |

| | | |
|---|---|---|
| 10 | August 27, 2026 corrected Notice of Hearing | Shows correction history and scope of hearing notice. |
| 11 | August 28, 2026 Judge Befort consolidation-implementation order | Current implementation through SN-2026-CV-000344. |
| 12 | August 28, 2026 SN-2026-CV-000344 docket history | Shows threshold filings and current control docket. |
| 13 | August 28, 2026 SN-2026-CV-000345 docket history | Shows separate underlying case history. |
| 14 | August 28, 2026 Crossland / SN-2026-CV-000808 docket history | Shows separate evidentiary/case-management track. |
| 15 | Fax confirmations for August 26 protective filings | Evidence of filings transmitted and basis for docket-visibility allegations. |
| 16 | Plaintiff affidavit regarding consolidation and record-integrity concerns | Plaintiff's sworn factual account, limited to matters within personal knowledge or identified records. |
| 17 | Renewed Litigation Hold and Preservation Notice | Preservation request relevant to prospective record-integrity relief. |
| 18 | Notice of Retaliation, ADA Title II Violation, Record-Integrity Objection, and Preservation of Objection | Further notice of claimed ongoing barriers and preservation. |

Note: D. Kan. Rule 5.1(e) cautions against filing bulky or voluminous materials unless essential. For the emergency motion, Plaintiff should prioritize the exhibits directly supporting actual ADA notice, the current hearing notice/order, and the current docket barrier, and may request leave to supplement if needed.