IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
08/31/2026
**Clerk, U.S. District Court**
**By:** NAC **Deputy Clerk**

Angeliina Lynn Lawson )
)
Plaintiff(s), )
)
v. )
)
Kansas Judicial Branch/OJA; Eric S. Rosen; Jay D. Befort; Shawnee County District Court Clerk; Lea Welch )
)
Defendant(s) )

Case No. 2:26-cv-2513

**DESIGNATION OF PLACE OF TRIAL**

**REQUEST FOR TRIAL BY JURY**

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☑ Kansas City , or ☐ Topeka} , Kansas as the location for the trial in this matter.
(Select One)

Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☐ Yes or ☑ No }
(Select One)

Signature of Plaintiff

Dated: 08/28/2026

(Rev. 10/15)