FILED
U.S. District Court
District of Kansas
08/31/2026
Clerk, U.S. District Court
By: NAC Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

ANGELIINA L. LAWSON,
Plaintiff,

Case No. 2:26-cv-2513

v.

KANSAS JUDICIAL BRANCH / OFFICE OF JUDICIAL ADMINISTRATION, et al.,
Defendants.

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

Plaintiff Angeliina L. Lawson asks the Court for permission to commence and prosecute this action without prepayment of fees and costs under 28 U.S.C. § 1915. In support, Plaintiff states under penalty of perjury:

1. Plaintiff is the plaintiff in this case and believes she is entitled to the declaratory and prospective relief requested in the Verified Complaint.

2. This case concerns alleged ongoing violations of ADA Title II, ADA interference/retaliation protections, procedural due process, and access to courts in the administration of consolidated Kansas judicial proceedings.

3. Because of Plaintiff's current financial status, she is unable to prepay the federal filing fee and costs without substantial hardship.

4. Plaintiff will submit the District of Kansas Affidavit of Financial Status with this motion as required by the Court's current procedures.

5. If IFP status is granted, Plaintiff requests service by the United States Marshals Service as provided by Fed. R. Civ. P. 4(c)(3), subject to the Court's screening under 28 U.S.C. § 1915(e)(2).

WHEREFORE, Plaintiff requests leave to proceed without prepayment of fees and such further relief as the Court deems appropriate.

Executed on August 28, 2026.

Respectfully submitted,

/s/ Angeliina L. Lawson

ANGELIINA L. LAWSON, Pro Se

1914 5th Avenue, Leavenworth, Kansas 66048

Telephone: (913) 972-1661

Email: AngeliinaCourtRecords@gmail.com