Reset Form

Revised 05/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Angeliina L. Lawson )
)
Plaintiff(s), )
)
vs. ) Case No. 2:26-cv-2513
Kansas Judicial Branch/OJA, et. al )
)
)
Defendant(s). )

## AFFIDAVIT OF FINANCIAL STATUS

I, Angeliina L. Lawson, state that I am the plaintiff in this case and that the following information regarding my current financial status is true.

I. PERSONAL DATA AND MARITAL STATUS:

A. My address: 1914 5th Ave, Leavenworth, KS 66048

My telephone: (913) 972-1661

My age: 46

B. Single: ☐ Married: ☐ Separated: ☐ Divorced: ☑

Spouse's name: ______________________

Spouse's age: __________

Spouse's address (if different from mine): ______________________

Spouse's telephone (if different from mine): ______________

C. Names of dependents who live with me or who I am legally required to support financially (provide only first, middle, and last initial for minor children):

______________________________

______________________________

______________________________

Ages of dependents:

______________________________

Relationship of dependents to me:

______________________________

______________________________

______________________________

Amount of monthly support I give each dependent:

______________________________

______________________________

______________________________

II. EMPLOYMENT

A. Currently employed? Yes ☐ No ☑

If currently employed:

Name of employer: Disabled - pending SSDI

Address of employer: ______________________________

Employer's telephone: ______________________________

Length of employment: ______________________________

Job title or description: ______________________________

Net (take home) income: Monthly $__________ or Weekly $__________

Does employer provide health insurance? Yes ☐ No ☐

If employer provides health insurance, what kind?

______________________________________________

______________________________________________

B. Previous Employment (answer only if currently unemployed) .

Name of employer: Disabled - pending SSDI ______________

Address of employer: ______________________________

Employer's telephone: ______________________________

Length of employment: ______________________________

Job title or description: ______________________________

Net (take home) income: Monthly $_________ or Weekly $_________

C. Employment of spouse:

Name of employer: ______________________________

Address of employer: ______________________________

Employer's telephone: ______________________________

Length of employment: ______________________________

Job title or description: ______________________________

Net (take home) income: Monthly $_________ or Weekly $_________

III. FINANCIAL STATUS

A. Do you or your spouse own real property? Yes ☐ No ☑

If yes -Description:

Address: ______________________________

In whose name: ______________________________

Estimated value $___________

Total amount owed $_________

Owed to:______________________________

Annual income from property $_________

B. Do you or your spouse own any automobiles? Yes ☑ No ☐

If yes, number of automobiles owned: 1

Make Ford Model F150 Year 2012

Make ________ Model ________ Year ________

In whose name registered: Angeliina Lawson

Present value $ 6,800.00

Amount owed on the automobile(s) $ 3,300.00

Owed to: GM Financial

Monthly payment(s) $ 303.00

C. Total amount of cash on hand, in my checking account(s) or savings account(s):

$ 112.00

If not joint account(s) with my spouse, total amount in my spouse's checking account(s) or savings account(s):

$ 0.00

D. In the last 12 months, have you or your spouse received any money from any of the following sources?

| | Yes | No | Amount |
|---|---|---|---|
| Unemployment benefits: | ☐ | ☑ | $ 0 |
| Welfare payments: | ☑ | ☐ | $ SNAP |
| ADC or other governmental child support: | ☐ | ☑ | $ 0 |
| Social Security benefits: | ☑ | ☐ | $ Pending |
| Pensions, trust funds, annuities or life insurance payment: | ☐ | ☑ | $ 0 |
| Other gov't sources (example- Medicaid benefits): | ☑ | ☐ | $ Healthcare |

Gifts or inheritances: ☐ ☑ $________

Other sources (example-judgments in other cases or insurance proceeds): ☐ ☑ $________

IV. OBLIGATIONS

A. Monthly mortgage or rental payment on house or apartment $ 400.00

B. Monthly mortgage payment(s) on other properties $ 0.00

Amount of equity in other properties $ 0.00

C. Monthly household expenses:

| | |
|---|---|
| Grocery expense | $ 0 SNAP $298 |
| Gas | $ 35 |
| Electric | $ 78 |
| Cable | $ 0 |
| Phone (includes cell) | $ 15 |
| Water | $ 35 |
| Car Insurance | $ 45 |
| Health Insurance | $ 0 Medicaid |
| Life Insurance | $ 0 |

D. Other monthly debts and miscellaneous expenses (examples-credit cards, medical bills, alimony, child support, student loans, tax lien or other gov't liability).

| To whom owed and for what reason incurred: | Monthly Payment | Balance Due |
|---|---|---|
| | | |

V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS:

A. Have you ever filed for bankruptcy? Yes ☒ No ☐

B. Information regarding stocks, bonds, savings bonds, either owned individually or jointly.

No

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

Signature of Plaintiff

Angeliina L. Lawson
Name (Print or Type)

1914 5th Ave
Address

Leavenworth, KS 66048
City State Zip Code

(913) 972-1661
Telephone